UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| OCMC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-cv-1396-DFH-TAB |
| | ) | |
| BILLING CONCEPTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

FINAL JUDGMENT

The court having this day granted defendant's motion to dismiss, it is
hereby ORDERED, ADJUDGED, AND DECREED that plaintiff OCMC, Inc. take
nothing by its complaint against defendant Billing Concepts, Inc. and that this
action is DISMISSED WITHOUT PREJUDICE.


Date: May 3, 2006

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana


Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

Copies to:

Dina M. Cox
LEWIS & WAGNER
dcox@lewiswagner.com

Daniel Ryan Roy
BAKER & DANIELS
drroy@bakerd.com

John Carl Trimble
LEWIS & WAGNER
jtrimble@lewiswagner.com

Joseph H. Yeager, Jr.
BAKER & DANIELS
jhyeager@bakerd.com